# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00506-CV

**Richard Johnson and Janice Johnson, Appellants**

**v.**

**James Marsh III, P.E., Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 32,230, HONORABLE ED MAGRE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Richard Johnson and Janice Johnson have filed an unopposed motion to dismiss their appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   October 9, 2009